PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARTER, JR., | ) | |
| | ) | CASE NO. 1:16CV524 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 14] |

An Administrative Law Judge ("ALJ") denied Plaintiff William Carter, Jr.'s applications for disability insurance benefits ("DIB") and supplemental security income ("SSI") benefits after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).

Pending is parties' Joint Motion to Remand (ECF No. 14) to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).[1] The parties

---

[1] Sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g),

(continued...)

(1:16CV524)

stipulate and petition the Court to remand the matter to the Commissioner for further proceedings and issuance of a new decision.  For good cause shown, the motion is granted.

    IT IS SO ORDERED.

| | |
|---|---|
|  September 28, 2016  |    /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

    [1](...continued)
states:
> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

2